UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
COURT FILE NO.: CV -08-596

| | |
|---|---|
| SHAUNTEL BROWN,<br><br>Plaintiff,<br>v.<br><br>RGS FINANCIAL, INC.,<br><br>Defendant. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br><br><br>JURY TRIAL DEMANDED |

IT IS HEREBY AGREED to by the Plaintiff and her attorney, Jeffrey L. Suher, P.C. and Jeffrey L. Suher, Esquire, that the above-entitled action against Defendant shall be and is hereby dismissed with prejudice.

                                                 Respectfully submitted,

Dated:  June 20, 2008                    **JEFFREY L. SUHER, P.C.**

                                                 By:  **s/Jeffrey L. Suher**
                                                 Jeffrey L. Suher, Esquire
                                                 Attorney I.D.#74924
                                                 4328 Old William Penn Highway, Suite 2J
                                                 Monroeville, PA 15146
                                                 Telephone:  (412) 374-9005
                                                 Facsimile: (412) 374-0799
                                                 lawfirm@jeffcanhelp.com

                                               Attorney for Plaintiff